UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS  DIVISION

| | | |
|---|---|---|
| FRED LUSK, as trustee and fiduciary, AND THE INDIANA STATE COUNSEL OF PLASTERERS AND CEMENT MASON PENSION FUND,<br>          Plaintiffs, | ) ) ) ) ) ) | |
| vs. | ) ) | 1:06-cv-1820-SEB-JMS |
| AMERISERV FINANCIAL, INC., AMERISERV TRUST AND FINANCIAL SERVICES COMPANY, as administrator and fiduciary, BUILDING UNION INVESTMENT AND LOCAL DEVELOPMENT FUND OF INDIANA TRUST AND THE INDIANA STATES COUNCIL OF CARPENTERS PENSION FUND, a necessary party,<br>          Defendants, | ) ) ) ) ) ) ) ) ) ) | |

**JUDGMENT**

In accord with the Court's entry in the above named cause, Defendants Motion to Stay Proceedings and Compel Arbitration is <u>GRANTED</u>.   Defendants' Motion to Dismiss all claims against AmeriServ Financial, Inc., is <u>GRANTED</u>.

Absent an appeal of this judgment, the Court administratively closes this case pending arbitration with the provision that within thirty-days of a final arbitration

decision, the party/ies may move to reopen this case; if no motion is filed, the case will be dismissed with prejudice.

IT IS SO ORDERED.

Date:   07/31/2007

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Copies to:

Charles L. Berger
BERGER & BERGER
cberger@bergerlaw.com

Jan S. Michelsen
OGLETREE, DEAKINS, NASH, SMOAK & STEWART
jan.michelsen@odnss.com

Donald D. Schwartz
ARNOLD & KADJAN
dds3662@yahoo.com

2